UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATEK MENGESHA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIA BARDINI, ET AL.,<br><br>Defendants. | No. 4:24-cv-07383-JST<br><br>~~[PROPOSED]~~<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Jon S. Tigar<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action be stayed until August 21, 2025.

Dated: January 3, 2025

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE